**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA PROSTERMAN, JAN MARIE BROWN, CAROLYN FJORD, KATHERINE R. ARCELL, KEITH DEAN BRADT, JUDY BRAY, JOSÉ M. BRITO, ROBERT D. CONWAY, JUDY CRANDALL, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, DON FREELAND, DONNA FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, LEE M. GENTRY, VALARIE ANN JOLLY, GAIL S. KOSACH, JOHN LOVELL, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, PATRICIA ANN MEEUWSEN, L. WEST OEHMIG, JR., DEBORAH M. PULFER, DANA L. ROBINSON, ROBERT A. ROSENTHAL, BILL RUBINSOHN, SONDRA K. RUSSELL, SYLVIA N. SPARKS, JUNE STANSBURY, CLYDE D. STENSRUD, WAYNE TALEFF, GARY TALEWSKY, ANNETTE M. TIPPETTS, DIANA LYNN ULTICAN, J. MICHAEL WALKER, PAMELA S. WARD and CHRISTINE WHALEN,<br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC.,<br>　　　　　　　　　　Defendants. | CASE NO. 16-cv-2017-MMC<br><br>ORDER RE: MOTION FOR [PROPOSED] ORDER TEMPORARILY RESTRAINING DEFENDANTS FROM VIOLATING SECTION 1 OF SHERMAN ANTITRUST ACT AND SECTION 16720 OF THE CALIFORNIA CARTWRIGHT ANTITRUST ACT; AND ORDERING DEFENDANTS TO SHOW CAUSE; DIRECTIONS TO PLAINTIFFS |

TO DEFENDANTS: AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC.,

　　　This matter comes before me on Plaintiffs, Cynthia Prosterman, *et al.*'s *Ex Parte* Application for a Temporary Restraining Order and for an Order to Show Cause Regarding a

---

*Order Temporarily Restraining Defendants from Violating Section 1 of the Sherman Antitrust Act and Section 16720 of the California Cartwright Antitrust Act and Ordering Defendants to Show Cause*

Preliminary Injunction, Memorandum of Points and Authorities, and supporting papers.

~~Having considered the arguments and papers submitted, in order to preserve the *status quo ante*, and finding good cause based on the record before me, I GRANT Plaintiffs' *Ex Parte* Application, pending a hearing on _____ day, _____, ____, 2016. Based on the record before me, I find that Plaintiffs are likely to prevail on the merits of their claims, the balance of hardships tips in its favor, Plaintiffs would be likely to suffer irreparable injury, absent an *ex parte* temporary restraining order, in the form of: injury to, or loss of, their businesses and reputations; the inability to continue in the business of booking air transportation on the Defendant airlines; and the likelihood of incurring ruinous penalties from the airline defendants. The requested relief is in the public interest.~~

YOU ARE HEREBY ORDERED TO SHOW CAUSE on ___Fri___day, __May____, _13_, 2016, at _9:00_ a.m./~~p.m~~, before the Honorable __Maxine M. Chesney____, at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom _7_, why you, your officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with you, should not be enjoined and restrained from engaging in, committing, or performing, directly and indirectly, any and all of the following acts:

(1) enforcing any practice or policy that requires Plaintiffs to book flights to multi-city destinations at fares which are greater than the sum of the combined non-refundable one-way fares for each leg of a passenger's flight;

(2) agreeing with any other airline to fix, establish, raise, stabilize, or maintain any fare or fare restriction;

(3) disseminating to the other Airline Defendants certain information concerning any planned or contemplated fare or fare restriction or any planned or contemplated change to fares or fare restrictions; and

*Order Temporarily Restraining Defendants from Violating Section 1 of the Sherman Antitrust Act and Section 16720 of the California Cartwright Antitrust Act and Ordering Defendants to Show Cause*

(4) penalizing Plaintiffs for booking multi-city destination flights in the manner proscribed by (1) above, including, without limitation, by issuing debit memos or limiting or terminating Plaintiffs' authorization to book flights on the Airline Defendants.

~~Pending a hearing on the above Order to Show Cause you, your officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with you, ARE HEREBY RESTRAINED AND ENJOINED from:~~

~~(1) enforcing any practice or policy that requires Plaintiffs to book flights to multi-city destinations at fares which are greater than the sum of the combined non-refundable one-way fares for each leg of a passenger's flight;~~

~~(2) agreeing with any other airline to fix, establish, raise, stabilize, or maintain any fare or fare restriction;~~

~~(3) disseminating to the other Airline Defendants certain information concerning any planned or contemplated fare or fare restriction or any planned or contemplated change to fares or fare restrictions; and~~

~~(4) penalizing Plaintiffs for booking multi-city destination flights in the manner proscribed by (1) above, including, without limitation, by issuing debit memos or limiting or terminating Plaintiffs' authorization to book flights on the Airline Defendants.~~

Plaintiffs shall not be required to post a bond for issuance of this Order.

This Order and supporting papers must be served by Plaintiffs on Defendants as soon as possible, but no later than  April , 19 , 2016.  Any response or opposition to this Order to Show Cause must be filed and served on Plaintiffs' counsel no later than  April , 29 , 2016 ~~at ___ a.m./p.m.~~, and any reply must be filed no later than May 4, 2016.

**IT IS SO ORDERED.**

Dated: April 18 , 2016

By: _____
Honorable Maxine M. Chesney
United States District Judge

*Order Temporarily Restraining Defendants from Violating Section 1 of the Sherman Antitrust Act and Section 16720 of the California Cartwright Antitrust Act and Ordering Defendants to Show Cause*