UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA PROSTERMAN, et. al.,

              Plaintiff(s),

   v.

AIRLINE TARIFF PUBLISHING CO.

              Defendant(s).

Case No: 3:16-cv-02017

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Dee Bansal, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Airline Tariff Publishing Company in the above-entitled action. My local co-counsel in this case is John C. Dwyer, Cooley LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1299 Pennsylvania Avenue, N.W., Suite 700<br>Washington, DC  20004-2400 | 3175 Hanover Street<br>Palo Alto, CA   94304-1130 |
| MY TELEPHONE # OF RECORD:<br>(202) 842-7800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 843-5000 |
| MY EMAIL ADDRESS OF RECORD:<br>dbansal@cooley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dwyerjc@cooley.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1001754.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/28/16

/s/ Dee Bansal
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Dee Bansal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 29, 2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE