Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Thomas Paul Pier (SBN 235740)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
Email:  jmalioto@aliotolaw.com
          jmiller@aliotolaw.com

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA PROSTERMAN, JAN MARIE BROWN, CAROLYN FJORD, KATHERINE R. ARCELL, KEITH DEAN BRADT, JUDY BRAY, JOSÉ M. BRITO, ROBERT D. CONWAY, JUDY CRANDALL, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, DON FREELAND, DONNA FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, LEE M. GENTRY, VALARIE ANN JOLLY, GAIL S. KOSACH, JOHN LOVELL, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, PATRICIA ANN MEEUWSEN, L. WEST OEHMIG, JR., DEBORAH M. PULFER, DANA L. ROBINSON, ROBERT A. ROSENTHAL, BILL RUBINSOHN, SONDRA K. RUSSELL, SYLVIA N. SPARKS, JUNE STANSBURY, CLYDE D. STENSRUD, WAYNE TALEFF, GARY TALEWSKY, ANNETTE M. TIPPETTS, DIANA LYNN ULTICAN, J. MICHAEL WALKER, PAMELA S. WARD, AND CHRISTINE WHALEN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC.,<br><br>                    Defendants. | CASE NO.: 3:16-cv-02017-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ADMINSTRATIVE RELIEF TO EXCEED PAGE LIMITATION OF THEIR REPLY TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION.<br><br>Hearing Date: May 13, 2016<br>Time: 9:00 AM<br>Courtroom: 7 - 19th Floor<br>Judge: Hon. Maxine M. Chesney |

This matter came before the Court upon Plaintiffs' *Ex Parte* Motion for Administrative Relief to Exceed Page Limitation of their Reply to Defendants' Response to Order to Show Cause Regarding Preliminary Injunction.

This Court being duly advised, and good cause appearing, does hereby FIND AND ORDER:

1. That Plaintiffs are granted relief from Local Rule 7-4(b) and may exceed the page limitations prescribed therein by no more than five (5) pages.

Dated this __4th__ day of May, 2016.

By: _____
The Honorable Maxine M. Chesney