Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cynthia Prosterman, et al.  )
 )  Case No: 3:16-cv-02017
        Plaintiff(s),  )
 )  **APPLICATION FOR**
   v.  )  **ADMISSION OF ATTORNEY**
 )  **PRO HAC VICE**
Airline Tariff Publishing Co., et al.  )  (CIVIL LOCAL RULE 11-3)
 )
        Defendant(s).  )

I, Farrell J. Malone, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant American Airlines, Inc. in the above-entitled action. My local co-counsel in this case is Daniel M. Wall, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004-1304 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 637-2200 | (415) 391-0600 |
| My email address of record: | Local co-counsel's email address of record: |
| Farrell.Malone@lw.com | Dan.Wall@lw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 983746.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 4, 2016

Farrell J. Malone
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Farrell J. Malone is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 5, 2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                        October 2012