IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PROSTERMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., and UNITED AIRLINES, INC.,<br><br>  Defendants. | Case No. 16-cv-02017-MMC<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 3 |

Before the Court is plaintiffs' "Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction," filed April 18, 2016. By order filed April 18, 2016, the Court denied the motion to the extent it sought issuance of a temporary restraining order, and directed defendants to respond to the request for a preliminary injunction. Thereafter, each defendant filed timely opposition, to which plaintiff timely replied.

The matter came on regularly for hearing on today's date. Joseph M. Alioto, Jamie L. Miller, Thomas Paul Pier, and Gil D. Messina of the Alioto Law Firm appeared on behalf of plaintiffs. J. Parker Erkmann and John C. Dwyer of Cooley LLP appeared on behalf of defendant Airline Tariff Publishing Company; Daniel M. Wall and Sadik Huseny of Latham & Watkins LLP appeared on behalf of defendant American Airlines, Inc.; James P. Denvir and Michael Mitchell of Boies, Schiller & Flexner LLP appeared on behalf of defendant Delta Air Lines, Inc.; and Peter K. Huston of Sidley Austin LLP appeared on behalf of defendant United Airlines, Inc.

1    The Court having considered the parties' respective written submissions and the
2 arguments of counsel, and for the reasons stated by the Court on the record at the
3 hearing, the motion for a preliminary injunction is hereby DENIED.
4    **IT IS SO ORDERED.**
5 Dated: May 13, 2016

MAXINE M. CHESNEY
United States District Judge