BEKO O. REBLITZ-RICHARDSON (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel.: (510) 874-1000; Fax: (510) 874-1460
Email: brichardson@bsfllp.com

JAMES P. DENVIR (*Pro Hac Vice*)
MICHAEL MITCHELL (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel.: (202) 237-2727; Fax: (202) 237-6131
Email: jdenvir@bsfllp.com
Email: mmitchell@bsfllp.com

*Attorneys for Defendant Delta Air Lines, Inc.*

**GRANTED**

Judge Maxine M. Chesney

Dated: June 22, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA PROSTERMAN ET AL.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AIRLINE TARIFF PUBLISHING COMPANY; AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; AND UNITED AIRLINES, INC.,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-02017-MMC<br><br>**DEFENDANT DELTA AIR LINES, INC.'S MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD**<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7 - 19th Floor |

## MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD

Pursuant to Local Rule 11-5, Defendant Delta Air Lines, Inc. ("Delta"), respectfully moves the Court to withdraw John F. Cove, Jr. as counsel of record for Delta. Mr. Cove has withdrawn as a partner in Boies, Schiller & Flexner LLP. Boies, Schiller & Flexner LLP continues to serve as counsel for Delta through attorneys of record James P. Denvir and Michael Mitchell, and Delta has already been notified of Mr. Cove's withdrawal.

For the reasons stated above, Delta respectfully requests that the Court enter an order withdrawing Mr. Cove as counsel of record for Delta.

Dated: June 22, 2016

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Beko O. Reblitz-Richardson*
Beko O. Reblitz-Richardson (SBN 238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel.: (510) 874-1000; Fax: (510) 874-1460
Email: brichardson@bsfllp.com

*Attorneys for Defendant Delta Air Lines, Inc.*