BOIES, SCHILLER & FLEXNER LLP

Beko O. Reblitz-Richardson (CA Bar No. 238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

James P. Denvir (*Pro Hac Vice*)
Michael S. Mitchell (*Pro Hac Vice*)
5301 Wisconsin Ave., NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: jdenvir@bsfllp.com
mmitchell@bsfllp.com

Attorneys for Defendant
DELTA AIR LINES, INC.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CYNTHIA PROSTERMAN, ET AL.,

Plaintiffs,

v.

AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC.,

Defendants.

Case No. 16-cv-2017-MMC

Complaint Filed: April 18, 2016
Trial Date: None Set

**STIPULATION AND ~~[PROPOSED]~~ ORDER CHANGING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**; CONTINUING CASE MANAGEMENT CONFERENCE

The Honorable Maxine M. Chesney

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

**STIPULATION**

WHEREAS, Defendants' motions to dismiss (Docket Nos. 61 and 62) are currently scheduled to be heard by the Court on July 8, 2016 at 9:00 a.m.;

WHEREAS, counsel for Defendant Delta Air Lines, Inc. is unable to attend the July 8, 2016 hearing due to a conflict in another matter that requires him to be out of the country on that date;

WHEREAS, the parties stipulate to continue the July 8, 2016 hearing on Defendants' motions to dismiss and request to reschedule it for July 22, 2016, when the parties are scheduled to appear before the Court for an Initial Case Management Conference at 10:30 a.m.;

WHEREAS, the proposed extension of time will not affect any other dates currently scheduled by the Court;

WHEREAS, there have been no previous time modifications in the case, whether by stipulation or Court order;

THEREFORE, pursuant to Local Rule 6-2, the parties through their respective attorneys stipulate as follows:

1. The hearing on Defendants' motions to dismiss scheduled for July 8, 2016 is continued and rescheduled for July 22, 2016 at 9:00 a.m.

Dated: July 5, 2016

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Beko O. Reblitz-Richardson*

Beko O. Reblitz-Richardson (CA Bar No. 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

James P. Denvir (*Pro Hac Vice*)
Michael Mitchell (*Pro Hac Vice*)
5301 Wisconsin Ave., NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: jdenvir@bsflp.com
mmitchell@bsflp.com

*Attorneys for Defendant*
DELTA AIR LINES, INC.

Dated: July 5, 2016

LATHAM & WATKINS LLP

By: */s/ Daniel M. Wall*

Daniel M. Wall (SBN 102580)
Sadik Huseny (SBN 224659)
Elif Kimyacioglu (SBN 259993)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: dan.wall@lw.com
sadik.huseny@lw.com
elif.kimyacioglu@lw.com

Farrell J. Malone
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: farrell.malone@lw.com

*Attorneys for Defendant*
AMERICAN AIRLINES, INC.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

Dated: July 5, 2016

SIDLEY & AUSTIN LLP

By: */s/ Peter K. Huston*

Peter K. Huston (SBN 150058)
Joshua Hill (SBN 250842)
Jennifer N. Gaspar (SBN 266726)
Vikram S. Shah (SBN 308335)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: phuston@sidley.com
jhill@sidley.com
jgaspar@sidley.com
vikram.shah@sidley.com

*Attorneys for Defendant*
UNITED AIRLINES, INC.

Dated: July 5, 2016

COOLEY LLP

By: */s/ John C. Dwyer*

John C. Dwyer (136533)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: dwyerjc@cooley.com

J. Parker Erkmann (489965) (*Pro Hac Vice)*
Dee Bansal (1001754) (*Pro Hac Vice)*
David Burns (1010418) (*Pro Hac Vice)*
1299 Pennsylvania Ave., NW
Suite 700
Washington, D.C. 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7299
Email: perkmann@cooley.com
dbansal@cooley.com
dburns@cooley.com

JON F. CIESLAK (268951)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: jcieslak@cooley.com

*Attorneys for Defendant*
AIRLINE TARIFF PUBLISHING COMPANY

Dated: July 5, 2016

ALIOTO LAW FIRM

By: */s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signed counsel for the parties.

By: */s/ Beko O. Reblitz-Richardson*
Beko O. Reblitz-Richardson (CA Bar No. 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

In light thereof, the Initial Case Management Conference is hereby CONTINUED to August 26, 2016. A Joint Case Management Statement shall be filed no later than August 19, 2016.

DATED: July 5, 2016

Hon. Maxine M. Chesney
United States District Judge



BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA