SIDLEY AUSTIN LLP
  Peter K. Huston (SBN 150058)
  Joshua Hill (SBN 250842)
  Jennifer N. Gaspar (SBN 266726)
  Vikram S. Shah (SBN 308335)
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400
Email: phuston@sidley.com
      jhill@sidley.com
      jgaspar@sidley.com
      vikram.shah@sidley.com

Attorneys for Defendant
**UNITED AIRLINES, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA PROSTERMAN, ET AL., | Case No. 16-cv-2017-MMC |
| Plaintiffs, | Assigned to: The Honorable Maxine M. Chesney |
| v. | |
| AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC., | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING RULE 26 DEADLINES** |
| Defendants. | |

WHEREAS, the original deadline for Rule 26(a)(1) initial disclosures and to file a Rule 26(f) report was set for July 15, 2016, one week before the Initial Case Management Conference, which was originally set for July 22, 2016; and

WHEREAS, the Initial Case Management Conference has been rescheduled to August 26, 2016 and the hearing date on Defendants' motions to dismiss has been rescheduled to July 22, 2016;

WHEREAS, there have been no previous time modifications in the case other than those identified above, whether by stipulation or Court order;

WHEREAS, no other dates scheduled by the Court would be affected by the requested modification;

IT IS HEREBY stipulated and agreed by the attorneys for the respective parties that the deadline for Rule 26(a)(1) initial disclosures and Rule 26(f) report is rescheduled to August 19, 2016.

Dated: July 13, 2016

**SIDLEY AUSTIN LLP**

By: /s/ Peter K. Huston
  Peter K. Huston (SBN 150058)
  Joshua Hill (SBN 250842)
  Jennifer N. Gaspar (SBN 266726)
  Vikram S. Shah (SBN 308335)
  555 California Street, Suite 2000
  San Francisco, CA 94104
  Telephone:  +1 415 772-1200
  Facsimile:  +1 415 772-7400
  Email: phuston@sidley.com
      jhill@sidley.com
      jgaspar@sidley.com
      vikram.shah@sidley.com

  Attorneys for Defendant
  UNITED AIRLINES, INC.

**BOIES, SCHILLER & FLEXNER LLP**

By: /s/ Beko O. Reblitz-Richardson
  Beko O. Reblitz-Richardson (SBN 238027)
  1999 Harrison Street, Suite 900
  Oakland, CA 94612
  Telephone:  +1 510 874-1000
  Facsimile:  +1 510 874-1460
  Email: brichardson@bsfllp.com

  James P. Denvir (Pro Hac Vice)
  Michael Mitchell (Pro Hac Vice)
  5301 Wisconsin Ave., NW
  Washington, DC 20015
  Telephone:  +1 202 237-2727
  Facsimile:  +1 202 237-6131
  Email: jdenvir@bsflp.com
      mmitchell@bsflp.com

  Attorneys for Defendant
  DELTA AIR LINES, INC.

**LATHAM & WATKINS LLP**

By: /s/ Daniel M. Wall
    Daniel M. Wall (SBN 102580)
    Sadik Huseny (SBN 224659)
    Elif Kimyacioglu (SBN 259993)
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone:  +1 415 391-0600
    Facsimile:  +1 415 395-8095
    Email: dan.wall@lw.com
           sadik.huseny@lw.com
           elif.kimyacioglu@w.com

    Farrell J. Malone
    555 Eleventh Street, NW, Suite 1000
    Washington, DC 20004
    Telephone:  +1 510 874-1000
    Facsimile:  +1 510 874-1460
    Email: farrell.malone@lw.com

    Attorneys for Defendant
    AMERICAN AIRLINES, INC.

**COOLEY LLP**

By: /s/ John C. Dwyer
    John C. Dwyer (SBN 136533)
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Telephone:  +1 650 843-5000
    Facsimile:  +1 650 849-7400
    Email: dwyerjc@cooley.com

    J. Parker Erkmann
    Dee Bansal
    David Burns
    1299 Pennsylvania Ave, NW, Suite 700
    Washington, DC 2004
    Telephone: +202 842-7800
    Facsimile: +202 842-7299
    Email: perkmann@cooley.com
           dbansal@cooley.com
           dburns@cooley.com

    Jon F. Cieslak (SBN 268951)
    4401 Eastgate Mall
    San Diego, CA 92121-1909
    Telephone:  +858 550-6000

Facsimile: +858 550-6420
Email: jcieslak@cooley.com

Attorneys for Defendant
AIRLINE TARIFF PUBLISHING COMPANY

**ALIOTO LAW FIRM**

By: /s/ Joseph M. Alioto
    Joseph M. Alioto (SBN 42680)
    Theresa D. Moore (SBN 99978)
    Thomas P. Pier (SBN 235740)
    Jamie L. Miller (SBN 2721452)
    One Sansome Street, 35th Floor
    San Francisco, CA 94104
    Telephone: +1 415 434-8900
    Facsimile: +1 415 434-9200
    Email: jmalioto@aliotolaw.com
           tmoore@aliotolaw.com
           tpier@aliotolaw.com
           jmiller@aliotolaw.com

Attorneys for Plaintiffs

## [PROPOSED] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: _____July 18_____, 2016

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge