**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA PROSTERMAN, JAN MARIE BROWN, CAROLYN FJORD, KATHERINE R. ARCELL, KEITH DEAN BRADT, JUDY BRAY, JOSÉ M. BRITO, ROBERT D. CONWAY, JUDY CRANDALL, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, DON FREELAND, DONNA FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, LEE M. GENTRY, VALARIE ANN JOLLY, GAIL S. KOSACH, JOHN LOVELL, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, PATRICIA ANN MEEUWSEN, L. WEST OEHMIG, JR., DEBORAH M. PULFER, DANA L. ROBINSON, ROBERT A. ROSENTHAL, BILL RUBINSOHN, SONDRA K. RUSSELL, SYLVIA N. SPARKS, JUNE STANSBURY, CLYDE D. STENSRUD, WAYNE TALEFF, GARY TALEWSKY, ANNETTE M. TIPPETTS, DIANA LYNN ULTICAN, J. MICHAEL WALKER, PAMELA S. WARD, and CHRISTINE WHALEN,<br>                    Plaintiffs,<br><br>v.<br><br>AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC.,<br>                    Defendants. | CASE NO.: 3:16-cv-02017-MMC<br><br>[PROPOSED] ORDER PERMITTING CHARTS AT JULY 22, 2016, HEARING<br><br><br>Hearing date:   July 22, 2016<br>Time:           9:00 a.m.<br>Courtroom:      19th Fl., Courtroom 7<br>Before:         Hon. Maxine Chesney |

[Proposed] Order Permitting Charts at Hearing

Plaintiffs Cynthia Prosterman, *et al.*, hereby submit the following list of materials to be brought into the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA, 19th Floor, Courtroom 7, for use at the hearing in the above-captioned matter on July 22, 2016:

1. 14-Posterboard charts (size 3' x 4').

Counsel for Plaintiffs are authorized to bring these charts into the courtroom.

**IT IS SO ORDERED.**

Dated: July 20, 2016                              By: _____
                                                         JUDGE MAXINE CHESNEY