1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  3175 Hanover Street
   Palo Alto, CA  94304-1130
3  Telephone:    (650) 843-5000
   Facsimile:    (650) 849-7400
4
   COOLEY LLP
5  J. PARKER ERKMANN (489965) (*Pro Hac Vice*)
   (perkmann@cooley.com)
6  DEE BANSAL (1001754) (*Pro Hac Vice*)
   (dbansal@cooley.com)
7  DAVID BURNS (1010418) (*Pro Hac Vice*)
   (dburns@cooley.com)
8  1299 Pennsylvania Ave., NW
   Suite 700
9  Washington, D.C.  20004
   Telephone:    (202) 842-7800
10 Facsimile:    (202) 842-7299

11 COOLEY LLP
12 JON F. CIESLAK (268951) (jcieslak@cooley.com)
   4401 Eastgate Mall
13 San Diego, CA  92121-1909
   Telephone:    (858) 550-6000
14 Facsimile:    (858) 550-6420

15 Attorneys for Defendant
   AIRLINE TARIFF PUBLISHING COMPANY
16

17                      UNITED STATES DISTRICT COURT
18                      NORTHERN DISTRICT OF CALIFORNIA
19                            SAN FRANCISCO DIVISION
20

21 | CYNTHIA PROSTERMAN ET AL., | Case No.  3:16-cv-02017-MMC |
22 | Plaintiffs, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**; SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS |
23 | v. | |
24 | AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIR LINES, INC. and UNITED AIRLINES, INC., | |
25 | | |
26 | Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING CMC
CASE NO. 3:16-CV-02017-MMC

1       WHEREAS, Plaintiffs filed their original Complaint on April 18, 2016; and

2       WHEREAS, the Parties stipulated that responses to the Complaint would be due on June 1, 2016 (ECF 52); and

4       WHEREAS, the Case Management Conference was originally schedule for July 22, 2016; and

6       WHEREAS, the Court continued the Case Management Conference to August 26, 2016 following the scheduling of a motion to dismiss hearing on July 22, 2016 (ECF 77); and

8       WHEREAS, pursuant to stipulation, the Court scheduled the deadline for Rule 26(a)(1) initial disclosures and Rule 26(f) report for August 19, 2016 (ECF 79); and

10      WHEREAS, Plaintiffs filed their Amended Complaint on August 12, 2016; and

11      WHEREAS, having reviewed the Amended Complaint, Defendants will be filing a motion to dismiss the Amended Complaint and believe that a Case Management Conference is premature; and

13      WHEREAS, there have been no previous time modifications in the case other than those identified above, whether by stipulation or Court order;

15      WHEREAS, no other dates scheduled by the Court would be affected by the requested modification;

17      NOW, THEREFORE, the parties hereby STIPULATE and request that the Court continue the Case Management Conference and set a briefing schedule for the anticipated motion to dismiss as follows:

- Motion to dismiss due on September 2, 2016;
- Opposition to motion to dismiss due on September 16, 2016;
- Reply in support of motion to dismiss due on September 30, 2016;
- Hearing on motion to dismiss on October 21, 2016;
- Rule 26(a)(1) Initial Disclosures, Rule 26(f) Report, and Case Management Conference statements due on October 28, 2016; and
- Case Management Conference on November 4, 2016.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING CMC
CASE NO. 3:16-CV-02017-MMC

| | | |
|---|---|---|
| 1 | Dated: August 17, 2016 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ John C. Dwyer* <br> John C. Dwyer (136533) |
| 4 | | Attorneys for Defendant <br> AIRLINE TARIFF PUBLISHING COMPANY |
| 5 | | |
| 6 | Dated: August 17, 2016 | BOIES, SCHILLER & FLEXNER LLP |
| 7 | | */s/ Beko O. Reblitz-Richardson* <br> Beko O. Reblitz-Richardson (238027) |
| 8 | | |
| 9 | | Attorneys for Defendant <br> DELTA AIRLINES, INC. |
| 10 | | |
| 11 | Dated: August 17, 2016 | LATHAM & WATKINS LLP |
| 12 | | */s/ Daniel M. Wall* <br> Daniel M. Wall (102580) |
| 13 | | Attorneys for Defendant <br> AMERICAN AIRLINES, INC. |
| 14 | | |
| 15 | Dated: August 17, 2016 | SIDLEY & AUSTIN LLP |
| 16 | | */s/ Peter K. Huston* <br> Peter K. Huston (150058) |
| 17 | | |
| 18 | | Attorneys for Defendant <br> UNITED AIRLINES, INC. |
| 19 | Dated: August 17, 2016 | ALIOTO LAW FIRM |
| 20 | | */s/ Joseph M. Alioto* <br> Joseph M. Alioto (42680) |
| 21 | | |
| 22 | | Attorneys for Plaintiffs |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND PROPOSED ORDER
CONTINUING CMC
CASE NO. 3:16-CV-02017-MMC

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 17, 2016                COOLEY LLP

*/s/ John C. Dwyer*
John C. Dwyer (136533)

Attorneys for Defendant
AIRLINE TARIFF PUBLISHING COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 18, 2016

Hon. Maxine M. Chesney
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING CMC
CASE NO. 3:16-CV-02017-MMC