| | |
|---|---|
| 1 | Joseph M. Alioto (SBN 42680) |
| | Jamie L. Miller (SBN 271452) |
| 2 | Theresa D. Moore (SBN 99978) |
| | Thomas P. Pier (SBN 235740) |
| 3 | ALIOTO LAW FIRM |
| | One Sansome Street, 35th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:  415-434-8900 |
| 5 | Facsimile: 415-434-9200 |
| | Email: jmalioto@aliotolaw.com |
| 6 | jmiller@aliotolaw.com |
| | tmoore@aliotolaw.com |
| 7 | tpier@aliotolaw.com |

Gil D. Messina, Esq. (SBN 029661978)
MESSINA LAW FIRM, P.C.
*Admitted Pro Hac Vice*
961 Holmdel Road
Holmdel, NJ  07733
Telephone: 732-332-9300
Facsimile: 732-332-9301
Email:  gmessina@messinalawfirm.com

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA PROSTERMAN, ET AL., | **CASE NO.  3:16-CV-02017-MMC** |
| Plaintiffs, | **NOTICE OF APPEAL** |
| vs. | |
| AIRLINE TARIFF PUBLISHING COMPANY, AMERICAN AIRLINES, INC., DELTA AIRLINES, INC., AND UNITED AIRLINES, INC., | |
| Defendants. | |

*Notice of Appeal*

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs Cynthia Prosterman, Jan Marie Brown, Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, José M. Brito, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, John Lovell, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, And Christine Whalen file this Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motions to Dismiss entered on December 8, 2016, (Dkt No. 107), the Judgment entered in this action on December 8, 2016 (Dkt. No. 108), the Order denying Motion for Preliminary Injunction entered on May 13, 2016 (Dkt. No. 54), and the Order denying Plaintiffs' Motion for Relief from Judgment and/or Alter or Amend Judgment entered on February 13, 2017 (Dkt No. 116).

Plaintiffs file this Notice of Appeal within 30 days of this Court's entry of the Order denying Plaintiffs' Motion for Relief from Judgment and/or Alter or Amend Judgment.

Respectfully submitted:

Dated: March 15, 2017          */s/ Joseph M. Alioto*

Joseph M. Alioto

ALIOTO LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joseph M. Alioto (SBN 42680)
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile: 415-434-9200
Email:   jmalioto@aliotolaw.com

*Attorney for Plaintiffs*

**PLAINTIFFS' COUNSEL**

Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
Theresa D. Moore (SBN 99978)
Thomas P. Pier (SBN 235740)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile: 415-434-9200
Email: jmalioto@aliotolaw.com
         jmiller@aliotolaw.com
         tmoore@aliotolaw.com
         tpier@aliotolaw.com


Gil D. Messina, Esq. (SBN 029661978)
**MESSINA LAW FIRM, P.C.**
*Admitted Pro Hac Vice*
961 Holmdel Road
Holmdel, NJ  07733
Telephone: 732-332-9300
Facsimile: 732-332-9301
Email:  gmessina@messinalawfirm.com


Lawrence G. Papale (SBN 67068)
**LAW OFFICES OF LAWRENCE G. PAPALE**
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: 707-963-1704
Facsimile: 707-963-0706
Email: lgpapale@papalelaw.com


Christopher A. Nedeau (SBN 81297)
**NEDEAU LAW FIRM**
154 Baker Street
San Francisco, CA 94117
Telephone: 415-516-4010
Email: cnedeau@nedeaulaw.net

## REPRESENTATION STATEMENT

*Prosterman, et al. v. Airline Tariff Publishing Company, et al.*
Northern District of California Case No. 3:16-cv-02017-MMC

PLAINTIFFS:

Cynthia Prosterman, Jan Marie Brown, Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, José M. Brito, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, John Lovell, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, and Christine Whalen

COUNSEL FOR ALL PLAINTIFFS-APPELLANTS:

| | |
|---|---|
| Joseph M. Alioto (SBN 42680) <br> Jamie L. Miller (SBN 271452) <br> Theresa D. Moore (SBN 99978) <br> Thomas P. Pier (SBN 235740) <br> **ALIOTO LAW FIRM** <br> One Sansome Street, 35th Floor <br> San Francisco, CA 94104 <br> Telephone: 415-434-8900 <br> Facsimile: 415-434-9200 <br> Email: jmalioto@aliotolaw.com <br> jmiller@aliotolaw.com <br> tmoore@aliotolaw.com <br> tpier@aliotolaw.com | Gil D. Messina, Esq. (SBN 029661978) <br> **MESSINA LAW FIRM, P.C.** <br> *Admitted Pro Hac Vice* <br> 961 Holmdel Road <br> Holmdel, NJ 07733 <br> Telephone: 732-332-9300 <br> Facsimile: 732-332-9301 <br> Email: gmessina@messinalawfirm.com |
| Lawrence G. Papale (SBN 67068) <br> **LAW OFFICES OF LAWRENCE G. PAPALE** <br> The Cornerstone Building <br> 1308 Main Street, Suite 117 <br> St. Helena, CA 94574 <br> Telephone: 707-963-1704 <br> Facsimile: 707-963-0706 <br> Email: lgpapale@papalelaw.com | Christopher A. Nedeau (SBN 81297) <br> **NEDEAU LAW FIRM** <br> 154 Baker Street <br> San Francisco, CA 94117 <br> Telephone: 415-516-4010 <br> Email: cnedeau@nedeaulaw.net |

DEFEANDANTS:

Airline Tariff Publishing Company, American Airlines, Inc., Delta Airlines, Inc. and United Airlines, Inc.

COUNSEL FOR DEFENDANTS-APPELLEES:

| | |
|---|---|
| **Deepti Bansal**<br>Cooley, LLP<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, DC 20004<br>202-728-7027<br>202-842-7899 (fax)<br>dbansal@cooley.com<br><br>*Attorney for Airline Tariff Publishing Company* | **David Scott Burns**<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, DC 20004<br>202-842-7800<br>dburns@cooley.com<br><br><br><br>*Attorney for Airline Tariff Publishing Company* |
| **John C. Dwyer**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>650-843-5000<br>650-849-7400 (fax)<br>dwyerjc@cooley.com<br><br>*Attorney for Airline Tariff Publishing Company* | **John Parker Erkmann**<br>Cooley, LLP<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, DC 20004<br>202-776-2036<br>202-842-7899 (fax)<br>perkmann@cooley.com<br><br>*Attorney for Airline Tariff Publishing Company* |
| **Jon Francis Cieslak**<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>858-550-6107<br>858-550-6420 (fax)<br>jcieslak@cooley.com<br><br>*Attorney for Airline Tariff Publishing Company* | **John F. Cove, Jr.**<br>Boies Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>510/874-1000<br>510-874-1460 (fax)<br>jcove@bsfllp.com<br><br>*Attorney for Delta Airlines, Inc.* |
| **James P. Denvir, III**<br>Boies, Schiller Flexner LLP<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>202-237-2727<br>202-237-6131 (fax)<br>jdenvir@bsfllp.com<br><br>*Attorney for Delta Airlines, Inc.* | **Beko Osiris Ra Reblitz-Richardson**<br>Boies Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>510-874-1000<br>510-874-1460 (fax)<br>brichardson@bsfllp.com<br><br>*Attorney for Delta Airlines, Inc.* |

| | |
|---|---|
| **Michael S. Mitchell**<br>Boies Schiller Flexner<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>202-237-2727<br>202-237-6131 (fax)<br>mmitchell@bsfllp.com<br><br>*Attorney for Delta Airlines, Inc.* | **Peter K. Huston**<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>415-772-1200<br>415-722-7400 (fax)<br>phuston@sidley.com<br><br>*Attorney for United Airlines, Inc.* |
| **Jennifer Naomi Gaspar**<br>Sidley Austin LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>(415) 772-7490<br>(415) 772-7400 (fax)<br>jgaspar@sidley.com<br><br>*Attorney for United Airlines, Inc.* | **Joshua Hill, Jr.**<br>Morrison & Foerster LLP<br>425 Market Street<br>32nd Floor<br>San Francisco, CA 94105<br>415-268-6000<br>415-268-7522 (fax)<br>jhill@mofo.com<br><br>*Attorney for United Airlines, Inc.* |
| **Vikram S. Shah**<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-1257<br>415-772-7400 (fax)<br>vikram.shah@sidley.com<br><br>*Attorney for United Airlines, Inc.* | **Daniel Murray Wall**<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-395-8240<br>415-395-8095 (fax)<br>dan.wall@lw.com<br><br>*Attorney for American Airlines, Inc.* |
| **Farrell James Malone**<br>Latham and Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>United Sta<br>(202) 637-2200<br>(202) 637-2201 (fax)<br>Farrell.Malone@lw.com<br><br>*Attorney for American Airlines, Inc.* | **Sadik Harry Huseny**<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-391-0600<br>415-395-8095 (fax)<br>sadik.huseny@lw.com<br><br>*Attorney for American Airlines, Inc.* |
| **Elif Kimyacioglu**<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-391-0600<br>415-395-8095 (fax)<br>Elif.Kimyacioglu@lw.com<br><br>*Attorney for American Airlines, Inc.* | |