|  | UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | NOV 2 2018 |
|  |  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CYNTHIA PROSTERMAN; et al.,

           Plaintiffs-Appellants,

 v.

AMERICAN AIRLINES, INC.; et al.,

           Defendants-Appellees.

No. 17-15468

D.C. No. 3:16-cv-02017-MMC
Northern District of California,
San Francisco

ORDER

Before: SCHROEDER, EBEL,[*] and OWENS, Circuit Judges.

    The request for publication (Dkt. No. 56) is denied.

---

    [*]     The Honorable David M. Ebel, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.