# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 18, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

     Re:   Cynthia Prosterman, et al.
             v. American Airlines Inc., et al.
             No. 18-934
             (Your No. 17-15468)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on January 14, 2019 and placed on the docket January 18, 2019 as No. 18-934.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Redmond K. Barnes
                        Case Analyst